ORIGINAL

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 10 2001   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

United States, in its own right )
and on behalf of the Lummi )
Nation )
 ) Civil Action
   Plaintiff, ) No. **C01-0047Z**
 )
   v. )
 ) UNITED STATES' COMPLAINT
State of Washington, Department of )
Ecology: Georgia Manor Water Assoc.; )
Gooseberry Point Community and Water )
Association; Leeward-Northgate Water )
Association; Abbott William & )
Marilyn; Almanza Nicci R.; Andrew )
Robert J.; Autry Nicole; Axtell Steven )
S.; Bailey Raymond E. & Elizabeth D.; )
Barry Richard And Dorothy D. Murphy; )
Bartel Dale & Angie; Bell Thomas E. )
& Beverly J.; Berghoff Larry J. & )
Patricia A. Marek; Bernard M Fernandez )
And Lesli M Higginson Jt; Berry John W.)
& Marcia C.; Berry Marcia C.; Bezona )
Bob D.; Bezona Michael G. & D. Kim; )
Bezona Robert D.; Blake Sigrid J.; )
Bonsen Ronald B.; Boyd Gerald R.; )
Boyd-Phyllis Douglas J. and Terry- )
Elizabeth Mackay; Bransitter John R.; )
Brengman David L. & Shirley L.; Brown )
Hazel A.; Bruce K. & John G. Mallory )
And Victoria L. Rizzardo; Buchea Brian )
M. & Dolores J.; Buckner Gregory D. )
& Steven G.; Burgin James H.; Burgin )

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

| | |
|---|---|
| 1 | Peggy A.; Burleigh Kerrison F. & Beverly J.; Buss Donald J. & Concetta ) |
| 2 | J.; Button Dale R. & Nancy G.; Cabello Michael S. & Toni M.; Cadwallader |
| 3 | Verna F.; Carr Myron E. & Marilyn J.; Cecil Y. Conrad And Earl W. Swartz Jt; |
| 4 | Charles W. & Lorraine D. Emley Jt; Cole Harold; Colleen & Kevin Berg And |
| 5 | Karen Snell Jt; Corning William H.; Costello Robert F. & Edith L.; |
| 6 | Critchlow Mark G. & Diana M.; Curtis Donald H. & Lucille L.; Daniel Perlman |
| 7 | J.; Daniel & Edda Knorr Jt; Davis Dorothy M. L.; Davis Trust Edward M. |
| 8 | Davis & Marie A. H. Davis Tr; Dawson Richard And Marlene; Deitz Gary & |
| 9 | Sally Strickler-Deitz; Del Castillo Humberto & Moreno; Delores Childress |
| 10 | Tr; Pederson Kids Revocable Trust; Demmert Larry E. Jr & Brenda K.; Dixon |
| 11 | J. C. & Florence M.; Doan Albert G. & Patti O.; Doorenbos Craig Abrahamson |
| 12 | And Patricia A.; Dorothy D. Drumheller And Nelly D. Cunningham Jt (2183 Lummi |
| 13 | Shore Rd); Dorothy D. Drumheller And Nelly D. Cunningham Jt (2187 Lummi |
| 14 | Shore Rd); Dorothy D. Drumheller And Nelly D. Cunningham Jt (2191 Lummi |
| 15 | Shore Rd); Dwyer Timothy J.; Earl Robert N. & Roberta Wade-Earl; Edson |
| 16 | Walter A.; Edwards Francis & Irene; Ek Roy E.; Elsbree Kevin J.; Elsbree |
| 17 | Kevin J. & Kathleen A.; Epstein Joel & Geena; Everett L. Madsen Tr; Fadden |
| 18 | Rodney & Lea Ann; Fischer Fredrick W. & Linda M.; Friday John W.; Gallo |
| 19 | Robert & Lucia; Gary L. Smith & Frederick R. Eckes Jt; George Richard |
| 20 | C. & Lana L.; Gregor Alton J.; Gustafson Larry A. & Robyn G.; Hahney |
| 21 | Thomas M. & Cheryl; Hamilton William & Helen; Hampton Raymond O. & Doreen S.; |
| 22 | Harriman Larry G. & Gloria A.; Harriman Larry G. & Gloria A.; Harris James T. |
| 23 | & Kerry L.; Harwood Jane; Heintz Michael R. & Kristine A.; Hewko Sally |
| 24 | J.; Hillis Lester C. & Shirley J.; Hinshaw Richard W. & Margaret A.; |
| 25 | Hoffmann John G. & Suzanne; Houser Rex E. & Eleanore C.; Hovander Steve H.; |
| 26 | Howell William B. & Judy E.; Hubbard Bradley C. & Sandra J.; Hubbard Victor |
| 27 | |
| 28 | |

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

```
 1 │ & Diane Brainard; Huizenga Robert;         )
   │ Hunter Lyle S.; Inge Robert P. & Steven)
 2 │ W.; Janet C. Ott And Joanne J. Kotjan     )
   │ Jt; Jindrich Ervin J. & Denise L.;         )
 3 │ Johnson Michael D.; Jones Debra J.;        )
   │ Jones Jean M.; Josephson Richard W. &    )
 4 │ Marlene L.; Kamrar Elizabeth And Joanne)
   │ Barry And Alice Parmentola And Linda      )
 5 │ Frazier; Kandiko Robert A. & Karen R.     )
   │ Neubauer; Karl F. & Ellen R. Kern         )
 6 │ Revocable Trust; Kelley James C. & C.;    )
   │ Gail; King Richard L. & Linda L.;          )
 7 │ Knight Terry; Knowles William D. &        )
   │ Anita J.; Kosel Horst J. & Carolla;        )
 8 │ Krista Hunter & Noah L. Heartwell;         )
   │ Kuljis Carol A.; Kurtz Michale A.;         )
 9 │ Larsen Fred C. & Beverly B.; Larsen        )
   │ Christine M.; Leslie O. Crosby             )
10 │ Qualified; Personal Residence Trust I;    )
   │ Lockwood Donald B. And Yvonne M.           )
11 │ Mitchell; Mackiewicz Mark A.; Martens      )
   │ Terry & Ramona D.; Martin Albert E.        )
12 │ & Deirdre Delaplace; Martinsen Wesley      )
   │ D.; Martinsen Wesley D.; Mccord Chuck      )
13 │ R. & Roberta L.; Mccord Chuck R. &        )
   │ Roberta L.; Mccourt William P. &          )
14 │ Judith A.; Mcrae Cynthia B.; Melcher      )
   │ Michael T.& Terri J.; Merhaut Robert      )
15 │ & Rebecca; Miller Stephen A. & Joan M.;)
   │ Milner Roberta A.; Milton B. & Beulah    )
16 │ E. Tanggard Rev Trust/Tr; Mitchell         )
   │ Patricia M.; Moffett Kathryn A.; Moore )
17 │ Gerald; Morse Edna; Mount Larry C.;        )
   │ Munson John & Kathrine; Nesbit Sid H.    )
18 │ & Leslie A.; Nesbitt Sidney H. & Leslie)
   │ A.; Nielsen Joyce A.; Nielsen Joyce A.   )
19 │ Nolte Richard R.; Nolte Iii Frederick     )
   │ W.; Nolte, Jr Frederick W.; North          )
20 │ Charles S. & Lorraine E.; Oliver Brian   )
   │ N. M.; Olsen Larry R.; Osvaldik Peter;     )
21 │ Pasinski Jr Eugene J.; Peggy Manthey       )
   │ Credit Shelter Trust/Caryn L Sinnes Tr;)
22 │ Peterson Jean And Lois Robbins And         )
   │ Lorraine Wagness; Peterson Donald J.;      )
23 │ Praetzel Michael; Pruss John J. &         )
   │ Sylvia J.; Randel John; Randmel Brett      )
24 │ L.; Reimer Irene C. And Ulrich Haag;       )
   │ Richardson Thomas F. & Kathleen L.;       )
25 │ Riedinger Mary; Ring Michael L.;           )
   │ Robbins Carolyn M. & William L.           )
26 │ Freeman; Robertson John H. & Linda        )
   │ K. Tibbot; Rose Bruno And Peter            )
27 │
28 │
```

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

Tudisco Jt; Sandberg Joanne; Schleitweiler Richard & Debra J.; Schnobrich William C. & Sally R.; Severson Richard H.; Shahan Valerie J.; Shantz Wayne R. & Diane L.; Jones-Shantz; Shaw Janine & Laurel And Constance Mcmullen; Shelton L. Jev; Sherman William F.; Shields Cecil C.; Smith Monty M. & Craig M.; Smith Michael G. & April M. Sakahara; Snead David E. & Ruth L.; Spanjer Michael; Spring Jerome L. & Marisela R.; Starkenburg Sherman; Stevens James C.; Sunset Water Assn; Taylor Marc R.; Taylor Terry N. And Patricia A. Gibson; Teel Donald E. And Marie Y. Egawa; Temple James K.; Thomas Mike A. & Terri A.; Thomas Debbie A.; Thrall Thomas K.; Toraason David G. & Beth I.; Tracy James D. & Leana G.; Trecker Matreck C.; Troy Leland; Tze Wah Jun; Van Boven John H. & Gladys L.; Vander Yacht Lyle M. & Peggy C.; Vanderpol Steve R. & Carol A.; Paul & Mary Enfield; Vann W. & Lois A. Smith; Wales Richard E. & Alice N.; Walker Wayne W. & Kimberlee S.; Weber Donald & Kathleen K.; Weidkamp Rich & Daleen And Fred Knutzen And John & Ilda Tamman; Whiteley John W.; Whitney Clifford W. & Lillian G.; Whitsell Walter M.; Wilfred E. & V. Gunderson Jt; Wormald Martin L. And Lori Takeoka; Wormald Martin L. And Lori Takeoka; Wright Virginia R.; Yasuoka Tom & June; Yu Chong K. & Young C.; Zephyr Investments Inc; 1659 Holdings Ltd.,

    Defendants.

Comes now the United States in its own right and for the benefit of the Lummi Nation and its members, at the request of the Secretary of the Interior and pursuant to the authority of the Attorney General, complains and alleges as follows:

### I. Nature of the Action

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

1. This is an action to have this Court judicially recognize, declare, quantify and decree to the United States in trust for the Lummi Nation, that Nation's superior right to water underlying the Lummi Peninsula, which is wholly within the Lummi Indian Reservation. The United States on behalf of the Lummi Nation also claims prior and paramount right to the groundwater underlying the Sandy Point Peninsula, which is located in the northwest corner of the Lummi Indian Reservation. The United States on behalf of the Lummi Nation also claims a prior and paramount right to surface water as necessary to fulfill the homeland purposes of the Lummi Indian Reservation. This action is limited to a determination of the Lummi Nation's right to groundwater underlying the Lummi Peninsula.

## II. Jurisdiction and Venue

2. Jurisdiction is conferred by 28 U.S.C. § 1345. Relief may be awarded pursuant to 28 U.S.C. §§ 2201 and 2202. This Court has venue of this action because the subject land and water are located in the County of Whatcom which falls within the venue of the Western District of Washington under 28 U.S.C. 128(b) and 1391(b)(2).

## III. Description of the Issue

3. The Lummi Indian Reservation was established by the 1855 Treaty of Point Elliott, 12 Stat. 927, from lands on which the Lummi Indians resided since time immemorial. Article II of the Treaty "reserved for the present use and occupation" the land comprising the Reservation and its resources for the use of the

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

1  Lummi Nation. 12 Stat. 927, 928. The Treaty also impliedly
2  reserved to the Lummi Nation and its members the right to water
3  sufficient to accomplish the homeland purposes of the Reservation.
4  Defendants' development within the Reservation has adversely
5  affected the quantity and quality of groundwater underlying the
6  Lummi Peninsula portion of the Reservation. This suit seeks to
7  determine and protect the Lummi Nation's right to the groundwater
8  that underlies the Lummi Peninsula.

### IV. Parties

4. Plaintiff United States in its own right and for the benefit of the Lummi Nation and its members, brings this action to protect the rights of the Lummi Nation and its members to the groundwater reserved in and by the Treaty of Point Elliott, supra.

5. The Georgia Manor Water Association, the Gooseberry Point Community and Water Association, the Leeward-Northgate Water Association, and the Bel Bay Community and Water Association are non-profit corporations organized under the laws of Washington State. The Sunset Water Association is an unincorporated association. (The Georgia Manor Water Association, the Gooseberry Point Community and Water Association, the Leeward-Northgate Water Association, the Bel Bay Community and Water Association, and the Sunset Water Association will hereafter collectively be referred to as "Water Associations"). These Water Associations deliver water to their respective members and their assigns and are named defendants as each holds permits under the claimed authority of Washington State authorizing the withdrawal and delivery of

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

groundwater underlying the Lummi Peninsula. The priority dates of the permits issued to these Water Associations are junior to the treaty-protected water rights of the Lummi Nation and its members.

6. The State of Washington claims ownership of the rights to the use of the waters underlying the Lummi Peninsula both in its sovereign capacity and as trustee for all individual persons within the State of Washington claiming an interest in those waters. The State of Washington's Department of Ecology regulates the natural resources of the State of Washington and by statute (Wash. Rev. Code §90-44) has issued permits to certain Defendants claiming to authorize the withdrawal of water underlying the Lummi Peninsula.

7. The named individual defendants (hereinafter referred to as "Pumper Defendants") are pumpers of groundwater underlying the Lummi Peninsula and the majority of which are not members of the Defendant Water Associations.

## V. Facts

8. In 1855, the United States and the Lummi Nation, by Treaty of Point Elliott, 12 Stat. 927, carved out the Lummi Indian Reservation from within the broad territory that the Lummi Indians had used and occupied since time immemorial. The Treaty of Point Elliott set aside the land and resources of the Reservation for the benefit of the Lummi Nation and its members.

9. The Lummi Indian Reservation is essentially located along the coast of Washington State on the northern-most part of Puget Sound and the southern-most part of the Georgia Straits. The Lummi Peninsula is bounded by Bellingham Bay and Lummi Bay, both

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

salt water bodies. The Lummi Peninsula was an island at the time of the 1855 Treaty of Point Elliott, supra.

10. The subject of this suit is the groundwater underlying the Lummi Peninsula, which is not connected with fresh groundwater sources outside the Lummi Peninsula.

11. The Lummi Peninsula groundwater source is completely contained within the boundary of the Lummi Indian Reservation and all recharge to that source is solely from infiltration of precipitation falling on that peninsula's surface.

12. Defendant Water Associations and Pumper Defendants own fee land within the Lummi Indian Reservation and pump and use the Lummi Peninsula's groundwater resource for domestic and/or commercial purposes.

13. The Defendant State of Washington, through its Department of Ecology, has issued permits for the withdrawal of groundwater underlying the Lummi Peninsula. There are also wells on the Lummi Peninsula owned and operated by certain Pumper Defendants for which no permits have been issued.

14. The Lummi Nation and its members have developed and established a portion of their homeland on the Lummi Peninsula, including permanent communities, schools, government offices, and commercial enterprises. The Lummi Nation and its members rely on the Lummi Peninsula's groundwater resource to satisfy domestic, commercial, and other homeland purposes.

15. Groundwater underlying the Lummi Peninsula is in

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

1 limited supply and is needed to satisfy the present and future needs
2 of the Lummi Nation and its members. The Defendant Water
3 Associations and Pumper Defendants withdrawal and use of the
4 groundwater underlying the Lummi Peninsula adversely affects the
5 ability of the Nation and its members to exercise its treaty-
6 protected right to the withdrawal and use of that groundwater.

7     16. The groundwater underlying the Lummi Peninsula is
8 the sole source of fresh water within the Lummi Peninsula and has
9 experienced salt water intrusion as a result of excessive pumping.
10 Salt water intrusion can be controlled by regulation of pumping
11 rate, well location, and well depth.

12     17. The only potable surface water used on the Lummi
13 Peninsula is treated water purchased from the City of Bellingham and
14 piped to the reservation.

15     18. Defendant Water Associations' and the Pumper
16 Defendants' use of limited groundwater is increasing. Additional
17 withdrawals will increase existing salt water intrusion.

18     19. The groundwater resource underlying the Lummi
19 Peninsula has experienced salt water intrusion to the point of
20 forcing the Lummi Nation to discontinue the use of a community well
21 and restricting the use of other individual and community wells.

## COUNT I

### CLAIM AGAINST LUMMI PENINSULA GROUNDWATER USERS

24     20. The United States repeats and realleges and
25 incorporates by reference herein the allegations in paragraphs 1
26 through 19.

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

21. The 1855 Treaty of Point Elliott, 12 Stat. 927, reserved for the Lummi Nation the land comprising the Reservation and its resources. The treaty also impliedly reserved to the Lummi Nation and its members the right to water sufficient to accomplish the homeland purposes of the Lummi Indian Reservation. <u>Winters v. United States</u>, 207 U.S. 564 (1908), <u>Arizona v. California</u>, 373 U.S. 546 (1963). The implied reservation of the right to water applies to groundwater as well as surface water. <u>Cappaert v. United States</u>, 426 U.S. 128 (1976), <u>Tweedy v. Texas Co.</u>, 286 F. Supp. 383, 385 (D. Mont. 1986), <u>Gila River Pima-Maricopa Indian Community v. United States</u>, 9 Cl. Ct. 660, 699 (1986), <u>In Re The General Adjudication of All Rights to Use Water in the Gila River System and Source</u>, 1999 WL 1045034 (Ariz), November 19, 1999.

22. The Defendant Water Associations and the Pumper Defendants pump water from the groundwater underlying the Lummi Peninsula.

23. Withdrawal of groundwater by the Defendant Water Associations and the Pumper Defendants from the Lummi Peninsula groundwater infringes upon the ability of Lummi Nation and its members to effectively exercise the treaty-protected right to that groundwater thereby causing and continuing to cause injury to the Lummi Nation and its members.

24. The groundwater underlying the Lummi Peninsula continues to experience salt water intrusion. Salt water intrusion to the Lummi Peninsula groundwater infringes upon the ability of Lummi Nation and its members to exercise effectively the treaty-

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261

protected right to that groundwater thereby causing and continuing to cause injury to the Lummi Nation and its members.

### COUNT II

### CLAIM AGAINST WASHINGTON STATE

25. The United States repeats and realleges and incorporates by reference herein the allegations in paragraphs 1 through 19 and 21 through 24.

26. The Defendant State of Washington asserts an ownership interest in the subject waters and issues permits to the Defendant Water Associations and certain Pumper Defendants purporting to authorize the withdrawal of groundwater underlying the Lummi Peninsula thereby causing the Lummi Nation and its members to suffer irreparable damage for which no adequate remedy at law exists.

WHEREFORE, the United States prays and demands an order from this Court that:

(1) declares that the Treaty of Point Elliott, 12 Stat. 927, reserved the Reservation land and its resources for the benefit of the Lummi Nation and its members and impliedly reserved to the Lummi Nation and its members the right to the groundwater underlying the Lummi Peninsula sufficient to foster, promote, and fulfill the purposes for which the lands of the Reservation were set aside for the Lummi Nation and its members and further declares that the priority date of the groundwater reserved is at least time immemorial but no later than the date of the Treaty of Point Elliott.

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202)305-0261

(2) quantifies the Lummi Nation's right to groundwater underlying the Lummi Peninsula necessary to satisfy the homeland purposes of the Lummi Indian Reservation;

(3) enjoins the Defendant Water Associations and their assigns and the Pumper Defendants and their assigns from withdrawing groundwater underlying the Lummi Peninsula in conflict with the rights of the Lummi Nation and its members as declared and decreed by this Court;

(4) enjoins the State of Washington from claiming an ownership interest in and regulating the waters underlying the Lummi Peninsula decreed by this Court to be reserved for the Lummi Nation and its members by the Treaty of Point Elliott;

(5) awards such other and further relief as may be deemed just and proper;

(6) retains this Court's jurisdiction for purposes of enforcement of its decree.

Respectfully submitted this 10th day of JANUARY, 2001.

KATRINA C. PFLAUMER
United States Attorney

BRIAN KIPNIS
CHARLES E. O'CONNELL, JR.
Attorneys for Plaintiff the United States

U.S. Department of Justice
Charles E. O'Connell, Jr.
601 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 305-0261