Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,

    Plaintiff,

LUMMI INDIAN NATION,

    Plaintiff-Intervenor,

v.

STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,

    Defendants.

No. C01-0047Z

**Declaration of Professor Chris Friday in Support of the United States' Motion for Summary Judgment**

Chris Friday, Professor and Chair of the Department of History of Western Washington University, does hereby affirm under penalties of perjury:

1. I am Professor and Chair of the Department of History of Western Washington University, and have been retained by the United States Department of Justice as an expert in this action.

2. Attached as Exhibit 1 is a photocopy of pages 315-18 of Francis Paul Prucha's The

| | | |
|---|---|---|
| 1 | | Great Father, volume 1 (1984). |
| 2 | 3. | Attached as Exhibit 2 is a photocopy of the report by Plaintiffs' retained expert, Professor Kent D. Richards, entitled "The Lummi Reservation: Primary Purpose and Temporary Character." |
| 5 | 4. | Attached as Exhibit 3 are excerpts from the report authored by myself in connection with this action entitled "Analysis and Documentation of Lummi History Aboriginal, Prehistoric, Treaty, & Reservation Periods For the Lummi Peninsula Water Rights Case." Pages 41 and 54 of the report have been photocopied and attached. |
| 9 | 5. | Attached as Exhibit 4 are excerpts from the rebuttal report authored by myself in connection with this action entitled "Response to the Report of Dr. Kent Richards In the Lummi Peninsula Water Rights Case." Pages 6-10 and 32-34 have been photocopied and attached. |

Dated March 11, 2005

Chris Friday
Professor of History
Western Washington University