# EXHIBIT 3

# Analysis and Documentation of Lummi History Aboriginal, Prehistoric, Treaty, & Reservation Periods For the Lummi Peninsula Water Rights Case

Chris Friday
Bellingham, Washington
February 28, 2003



PFR1003 0086

# Table of Contents

| | |
|---|---|
| List of Maps, Tables, and Illustrations | ii |
| Executive Summary | 1 |
| Part I: Aboriginal and Protohistorical Periods | 5 |
|     Aboriginal Sites and Social Organization | 6 |
|     Consolidation of Village Sites, c. 1780 to 1860 | 11 |
|     Aboriginal and Protohistorical Water Use | 16 |
|     Aboriginal Land Use | 26 |
|     Land Use in the Protohistorical Period, c. 1780-1854 | 30 |
|     Conclusion | 34 |
| | |
| Part II: Analysis of the Treaty of Point Elliot | 37 |
|     Introduction | 39 |
|     Background and Intent of Treaty Making | 41 |
|     Isaac Stevens and Treaty Making in Washington Territory | 43 |
|     Interpretations of the Treaty of Point Elliot: | |
|         Contemporary Indian and Non-Indian Observations | 56 |
| | |
| Part III: Reservation Homeland | 65 |
|     Transitioning to a Reservation: Residential Patterns | 66 |
|         Old Lummi Village | 68 |
|         Houses and House Building | 71 |
|         Assignment of Lands | 75 |
|     Homeland Development | 84 |
|         Agriculture | 85 |
|         Commercial Production | 102 |
|         Timber Production | 112 |
|         Livestock, Dairy, and Poultry Production | 115 |
|         Managing Resources | 117 |
|         The Fisheries—Expanding the Realm of Commerce | 122 |
|         Commerce and Cultural Continuity | 137 |
|     Reservation Era Water Use | 151 |
|     Conclusion | 163 |
| Part IV: References | 167 |
|     Archival Collections | 167 |
|     Published Literature | 168 |
| Part V: Appendices | |
|     Appendix 1—Treaty of Point Elliot | 176 |
|     Appendix 2—Executive Order of 1873 | 182 |
|     Appendix 3—Compilation of Map Data | 183 |

PFRI003 0087

List of Maps, Tables, and Illustrations
Lummi Peninsula Water Rights Case
Chris Friday, February 28, 2003

## Maps, Tables, and Illustrations in Text

| | |
|---|---|
| Map of the Straits Tribes | 7 |
| Map of Midden and Village Sites | 12 |
| Photo of The Portage | 15 |
| Map detail of known aboriginal well sites | 19 |
| Map of Lummi and Swinomish Reservations | 38 |
| Sketch of Old Lummi Village, 1868 | 68 |
| Photo of Old Lummi Village, c. 1880s | 70 |
| Photos of Brown family homes | 73 |
| Photo of Thomas Jefferson home | 75 |
| Photo of Boone family garden | 95 |
| Photo of men and women exhibiting produce | 99 |
| Table III-1, Agricultural Production 1893-1931 | 100 |
| Photo of George T'silanho driving team | 102 |
| Photo of Lummi "Saltchuck" canoe | 105 |
| Photos of women basket weavers | 107 |
| Photo of curios on display at Lummi Fair | 109 |
| Photo of shingle mill on reservation | 113 |
| Photo of Peter James fishing | 124 |
| Photo of Arthur Humphrey and Lewis Hillaire fishing | 128 |
| Photo of Gooseberry Point, 1948 | 132 |
| Photos of exhibits at Lummi Fair | 139 |
| Photo of Lummi Picnic | 144 |
| Photo of Frank Hillaire family at Lummi Fair | 147 |
| Photos of Frank Hillaire and wife | 150 |

## Maps following Text

U.S. Geodetic Survey Maps (3), 1887 and 1888
Reservation Land Assignments, 1885
Reservation Homesite Map, 1910
Lummi Indian Reservation, 1944

PFRI003 0088

land title and competing white land claims.[4] Ethnohistorian Daniel L. Boxberger suggests that the Senate would not ratify the treaties because senators perceived them as "too liberal." Stevens's 1857 election to Congress as a territorial delegate helped smooth the way for the ratification of the treaties. So, too, did a series of small-scale Indian wars west and east of the Cascades between the 1855 negotiation and 1857. As Boxberger notes, those wars were a sign of a general "dissatisfaction" with the reservations and the failure to ratify the treaties.[5] Ratification of the Puget Sound treaties, including that negotiated at Point Elliot, and the 1873 Executive Order establishing the reservation boundaries solidified the physical and legal existence of the Lummi Reservation.

## Background and Intent of Treaty Making

In the early and mid-1850s, United States treaty making policy with American Indians took a dramatic turn. Earlier treaties were largely based on the theory of removal to distant Indian territories. By the mid-nineteenth century, the policy shifted from removal to one in which the federal government located Indians on lands close to aboriginal sites of occupation with the explicit intent of assigning those lands to individuals whenever possible in order to forward the "pursuits of industry" and "civilization" among Indians.[6]

---

[4] The Treaty of Point Elliot was negotiated January 22, ratified on March 8, 1859, and proclaimed on April 11, 1859, 12 Stat. 927. (See 384 Fed. Sup. 349.)
[5] Daniel L. Boxberger, *To Fish in Common: The Ethnohistory of Lummi Indian Salmon Fishing* (Seattle: University of Washington Press, 2000), 26.
[6] Francis Paul Prucha, *The Great Father: The United States Government and the American Indians*, vol. I (Lincoln: University of Nebraska Press, 1984), 315-318.

PFRI003 0129

land for cultivation."[38] Article 13 gave immediate funds to assure continued self-sufficiency among the signatory tribes and bands of the Treaty of Point Elliot. These provisions encouraging Indians to follow "civilized pursuits," in the lexicon of the historical period, made clear that Stevens believed the reservations should serve as permanent homelands for Indians. At all the subsequent treaty councils Stevens and his associates continued to stress that the treaties did not restrict hunting, gathering, and fishing off reservation. They also continued to offer assistance to the tribes in their agricultural and industrial pursuits.

In addition to reiterating earlier points, Stevens and his associates consistently offered evidence that they intended the tribes to remain self-sufficient through a combination of traditional practices and newly acquired agricultural, commercial, and industrial activity. At the Point No Point Treaty on January 25, 1855, B.F. Shaw explained that Indians would not be "called upon to give up their old modes of living and places of seeking food, but only to confine their homes to one spot." Stevens explained at that council that "the Great Father wants to put you where you cannot be driven away" and promised to build a school, clear lands, and provide seeds and clothing. At Neah Bay, Stevens told the Makah that the federal government would continue to permit, even encourage whaling and would leave the tribe "enough [land] to live and raise your potatoes." At Chehalis, Stevens responded to concerns about the retention of fishing sites with a promise that Indians there "shall have the water [for fishing] and get food" off the

---

[37] Charles J. Kappler, comp. and ed., *Indian Affairs: Laws and Treaties*: Vol. II, *Treaties* (Washington, D.C.: Government Printing Office, 1904), 670.
[38] Charles J. Kappler, comp. and ed., *Indian Affairs: Laws and Treaties*: Vol. II, *Treaties* (Washington, D.C.: Government Printing Office, 1904), 672.

PFRI003 0142