THE HONORABLE THOMAS S. ZILLY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| UNITED STATES, in its own right and on Behalf of the Lummi Nation, ) ) ) | Case No. C01-0047Z |
| Plaintiff, ) ) | |
| LUMMI INDIAN NATION, ) ) | MOTION TO DISMISS DEFENDANT JONN RANDEL |
| Plaintiff-Intervenor, ) | |
| v. ) ) | NOTE FOR CONSIDERATION: March 31, 2006 |
| STATE OF WASHINGTON DEPARTMENT OF ECOLOGY, et al., ) ) ) | |
| Defendants. ) ) | |

1.    Relief Sought

Defendant Jonn Randel (hereafter "Randel") moves the Court for an order dismissing him from this lawsuit.

2.    Basis for the Motion

Defendant Randel has been a defendant in this lawsuit as an owner of real estate within the case area (legally described in the attached Declaration) based on the following allegations in plaintiffs' pleadings:

MOTION TO DISMISS DEFENDANTS RANDEL
C01-0047Z                                    PAGE 1

BRETT & DAUGERT, PLLC
A T T O R N E Y S   A T   L A W
300 NORTH COMMERCIAL ◆ P.O. BOX 5008
BELLINGHAM, WA 98227-5008
TELEPHONE: (360) 733-0212 ◆ FAX: (360) 738-2341
www. brettlaw.com

1    (a)    Plaintiff United States' Second Amended Complaint, paragraph 12:

2          "…Pumper Defendants and Non-pumping Defendants own fee land within
3          the Lummi Indian Reservation."

4    (b)    Plaintiff Lummi Nation's Amended Complaint in Intervention, paragraph 8:

5          "Pumping of ground water by defendant water associations and individual
          fee land well users (collectively, "Private Defendants") on the Lummi
6          Peninsula area of the Reservation is interfering with and irreparably harming
          the Nation's ability to plan for and exercise its Treaty-protected right to use
7          that water for its homeland purposes.

8
     Defendant Randel has sold his entire interest in real estate within the case area as shown
9
in the attached Declaration, and now owns no interest in real estate (or water) within the case
10
area.  The plaintiffs' issues in this lawsuit have become moot as to this defendant.
11

12   3.    Authority

13   FRCP provides in part:

14   RULE 21:  "Parties may be dropped or added by order of the court on motion of any
     party or of its own initiative at any stage of the action and on such terms as are just."
15

16   This defendant respectfully requests the court enter the order dismissing him from this

17   lawsuit.

18   Dated this 2nd day of March, 2006.

19                            BRETT & DAUGERT, PLLC

20
                        By    /s/ Gene Knapp
21                            Gene Knapp, WSBA #2591
                            of Attorneys for Defendant Randel
22                            PO Box 5008, Bellingham, WA 98227-5008
                            360-733-0212/Fax 360-738-2341
23                            Email: geneknapp@brettlaw.com

24

25

26   MOTION TO DISMISS DEFENDANTS RANDEL
     C01-0047Z                           PAGE 2

BRETT & DAUGERT, PLLC
A T T O R N E Y S   A T   L A W
300 NORTH COMMERCIAL ◆ P.O. BOX 5008
BELLINGHAM, WA 98227-5008
TELEPHONE: (360) 733-0212 ◆ FAX: (360) 738-2341
www. brettlaw.com