UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,<br><br>Plaintiff,<br><br>LUMMI INDIAN NATION,<br><br>Plaintiff-Intervenor,<br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,<br><br>Defendants. | C01-47 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Water Master's Annual Report for the Fiscal Year 2012-2013 and Recommendation for Updating the Service List ("R&R"), docket no. 1444.  Having reviewed the R&R, and the timely objections thereto, docket nos. 1446, 1447, and 1447-1, the Court ORDERS as follows:

(1) The R&R, docket no. 1444, is ADOPTED and APPROVED, with the following modifications:

(a) Pursuant to the objection of Thomas Hahney, docket no. 1446, R&R Attachment A reference nos. 50 and 51 are corrected to reflect that the

ORDER - 1

1  parcel number is C55 (rather than C56) and the parcel address is 2763 Haxton

2  Way (rather than 2937 Haxton Wy.), Bellingham, WA 98226; and

3    (b) Pursuant to the objections of John B. Moss and Mary M. Moss,

4  docket nos. 1447 and 1447-1, R&R Attachment A reference nos. 83 and 84 are

5  corrected to reflect that the address for John B. Moss and Mary M. Moss is 73526

6  Highway 2 (rather than HCR 62, Box 80 B), Moyie Springs, ID 83845, and both

7  John B. Moss and Mary M. Moss shall remain in the Service List (rather than

8  being deleted as suggested in the R&R).

9    (2) The Clerk is DIRECTED to update the Service List, with assistance from

10 the Water Master, in a manner consistent with R&R Attachment A, as modified by this

11 Order.

12   (3) The Clerk is further DIRECTED to electronically file this Order, and to

13 send copies of this Order to objectors Thomas Hahney, John B. Moss, and Mary M.

14 Moss, but need not otherwise provide conventional service (*i.e.*, copies via mail) of this

15 Order.

16   (4) The Water Master shall post a copy of this Order on his website.

17 IT IS SO ORDERED.

18 Dated this 10th day of September, 2013.

19

20        /s/ Thomas S. Zilly
       THOMAS S. ZILLY
21        United States District Judge

22

23

ORDER - 2