UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,

    Plaintiff,

LUMMI INDIAN NATION,

    Plaintiff-Intervenor,

v.

STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,

    Defendants.

C01-47 TSZ

ORDER

THIS MATTER comes before the Court on the Water Master's Annual Report for the Fiscal Year 2016-2017 and Recommendations for Updating the Service List ("R&R"), docket no. 1510, as well as the timely-filed objection of Stephanie Stika, docket no. 1513. Having reviewed Stika's objection and the R&R, to which no other timely objection was made, the Court ORDERS as follows:

(1) The R&R, docket no. 1510, is ADOPTED and APPROVED.[1] The changes to the Service List set forth in Attachment B to the Water Master's Annual Report shall

---

[1] The Court also offers its condolences on the death of Jeremy Freimund, water resource manager for the Lummi Nation.

ORDER - 1

be implemented, except that Attachment B is hereby MODIFIED to reflect the correct spelling of Stephanie Stika (not Sitka) and correct address of 3021 Kelbay Ave. (not Rd.) in Reference Nos. 25, 34, and 35.

(2)  The Clerk is DIRECTED to update the Service List, with assistance from the Water Master, in a manner consistent with R&R Attachment B, as amended by this Order.

(3)  The Clerk shall electronically file this Order and shall send a copy of this Order to Stephanie Stika at 3021 Kelbay Avenue, Bellingham, WA 98226, but need not otherwise provide conventional service (*i.e.*, copies via mail) of this Order.

(4)  The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 24th day of August, 2017.

THOMAS S. ZILLY
United States District Judge