UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,<br><br>Plaintiff,<br><br>LUMMI INDIAN NATION,<br><br>Plaintiff-Intervenor,<br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,<br><br>Defendants. | C01-47 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Water Master's Annual Report for the Fiscal Year 2017-2018 and Recommendations for Updating the Service List ("R&R"), docket no. 1518. Having reviewed the R&R, to which no objection was timely received, the Court ORDERS as follows:

(1) The R&R, docket no. 1518, is ADOPTED and APPROVED. The changes to the Service List set forth in Attachment B to the Water Master's Annual Report shall be implemented.

(2) The Clerk is DIRECTED to update the Service List, with assistance from the Water Master, in a manner consistent with R&R Attachment B.

ORDER - 1

(3) The Clerk shall electronically file this Order, but need not otherwise provide conventional service (*i.e.*, copies via mail) of this Order.

(4) The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 17th day of August, 2018.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER - 2