1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES, in its own right and
on behalf of the Lummi Indian Nation

        Plaintiff,

LUMMI INDIAN NATION

        Plaintiff-Intervenor,

v.

STATE OF WASHINGTON,
DEPARTMENT OF ECOLOGY, et al.

        Defendant.

C01-47-TSZ

ORDER

THIS MATTER comes before the Court upon the billing statement of the Water Master for the period ending July 31, 2018. Having reviewed the billing statement, and having received no objection thereto, the Court hereby ORDERS:

    (1)    The Clerk shall disburse from the Registry account maintained for this case a check in the amount of $100 payable to John E. Thorson, Water Master, and addressed to 376 River Road West, Plains, MT 59859.

    (2)    The Clerk is directed to electronically file this Order, but need not provide conventional service, *i.e.*, copies via mail.

(3)     The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 4th day of September, 2018.

Thomas S. Zilly
United States District Judge