UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation<br><br>Plaintiff,<br><br>LUMMI INDIAN NATION<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.<br><br>Defendant. | C01-47-TSZ<br><br>ORDER |

THIS MATTER comes before the Court upon the billing statement of the Water Master for the period ending June 30, 2018. Having reviewed the billing statement, and having received no objection thereto, the Court hereby ORDERS:

(1) The Clerk shall disburse from the Registry account maintained for this case a check in the amount of $7,949.81 payable to John E. Thorson, Water Master, and addressed to 376 River Road West, Plains, MT 59859.

(2) The Clerk is directed to electronically file this Order, but need not provide conventional service, *i.e.*, copies via mail.

ORDER - 1

(3) The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 5th day of September, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 2