UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,<br><br>　　　　　　Plaintiff,<br><br>LUMMI INDIAN NATION,<br><br>　　　　　　Plaintiff-Intervenor,<br>　　v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,<br><br>　　　　　　Defendants. | C01-47 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Water Master's Annual Report for the Fiscal Year 2018-2019 and Recommendations for Updating the Service List ("R&R"), docket no. 1527, as well as the timely-filed objections of Mary M. Moss, docket no. 1530, and John B. Moss, docket no. 1531. Having reviewed the objections and the R&R, to which no other timely objection was made, the Court ORDERS as follows:

(1)　　The R&R, docket no. 1527, is ADOPTED and APPROVED. The changes to the Service List set forth in Attachment B to the Water Master's Annual Report shall

ORDER - 1

be implemented, except that Attachment B is hereby MODIFIED to reflect the correct addresses for the following individuals:

Ref. #14:  John B. Moss, 214 Echo Drive, Bonners Ferry, Idaho 83805;

Ref. #15:  Mary M. Moss, 214 Echo Drive, Bonners Ferry, Idaho 83805;

and the motion to delete such persons from the Service List is DENIED.

(2)  The Clerk is DIRECTED to update the Service List, with assistance from the Water Master, in a manner consistent with R&R Attachment B, as amended by this Order.

(3)  The Clerk shall electronically file this Order and shall send a copy of this Order to John B. Moss and Mary M. Moss at 214 Echo Drive, Bonners Ferry, ID 83805, but need not otherwise provide conventional service (*i.e.*, copies via mail) of this Order.

(4)  The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 9th day of August, 2019.

_____
THOMAS S. ZILLY
United States District Judge