# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES, in its own right and on behalf of the Lummi Indian Nation

　　　　Plaintiff,

LUMMI INDIAN NATION

　　　　Plaintiff-Intervenor,

v.

STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.

　　　　Defendant.

C01-47-TSZ

ORDER

THIS MATTER comes before the Court upon the billing statement of the Water Master for the period ending August 31, 2019. Having reviewed the billing statement, and having received no objection thereto, the Court hereby ORDERS:

(1) The Clerk shall disburse from the Registry account maintained for this case a check in the amount of $403.88 payable to John E. Thorson, Water Master, and addressed to 376 River Road West, Plains, MT 59859.

(2) The Clerk is directed to electronically file this Order, but need not provide conventional service, *i.e.*, copies via mail.

ORDER - 1

(3)  The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 3rd day of October, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2