1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

UNITED STATES, in its own right and
on behalf of the Lummi Indian Nation

Plaintiff,

9
10

LUMMI INDIAN NATION

Plaintiff-Intervenor,

C01-47-TSZ

11

v.

ORDER

12
13

STATE OF WASHINGTON,
DEPARTMENT OF ECOLOGY, et al.

Defendant.

14
15       THIS MATTER comes before the Court upon the billing statement of the Water

16  Master for the period ending April 30, 2020.  Having reviewed the billing statement, and

17  having received no objection thereto, the Court hereby ORDERS:

18       (1)     The Clerk shall disburse from the Registry account maintained for this case

19              a check in the amount of $200.00 payable to John E. Thorson, Water

20              Master, and addressed to 376 River Road West, Plains, MT 59859.

21       (2)     The Clerk is directed to electronically file this Order, but need not provide

22              conventional service, *i.e.*, copies via mail.

23

ORDER - 1

(3)     The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 2nd day of June, 2020.


                                          Thomas S. Zilly
                                          United States District Judge

ORDER - 2