UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,<br><br>Plaintiff,<br><br>LUMMI INDIAN NATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,<br><br>Defendants. | C01-47 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Water Master's Annual Report for the Fiscal Year 2019-2020 and Recommendations for Waiving Water User Fees for the Fiscal Year 2020-2021 and Updating the Service List ("R&R"), docket no. 1544. Having reviewed the R&R, to which no objection was filed, the Court ORDERS as follows:

(1)     The R&R, docket no. 1544, is ADOPTED and APPROVED.

(2)     In light of the financial hardships relating to Coronavirus Disease 2019 ("COVID-19"), the Water Master fees otherwise required of Eligible Landowners, the

ORDER - 1

Lummi Nation, and the Washington Department of Ecology under Paragraph IV(G) of the Settlement Agreement, docket nos. 1264-2 through 1264-11, are waived for the Fiscal Year 2020-2021.  This one-time waiver is notwithstanding any other provision of the Court's Order and Judgment entered November 21, 2007, docket no. 1273, as amended, docket no. 1415, or the Settlement Agreement approved by the Order and Judgment.

(3)     To avoid compounding the financial hardship relating to COVID-19 into the future, when calculating the adjusted ceiling for the Water Master Account in future years, *see* Settlement Agreement at ¶¶ IV(G)(1)&(2), the Water Master fees for Fiscal Year 2020-2021 shall be conclusively deemed to have been paid, and water uses shall not be required to make up the waived 2020-2021 fees.

(4)     The Water Master is DIRECTED to add the Eligible Landowners' $792 underpayment of fees for the Fiscal Year 2019-2020 to the fees for the Fiscal Year 2021-2022 to be paid by Eligible Landowners.

(5)     The Department of Ecology is DIRECTED to send, on or before August 31, 2020, to Eligible Landowners, a letter, approved by the Water Master, explaining the waiver of fees.

(6)     The changes to the Service List set forth in Attachment C to the Water Master's Annual Report (or R&R) are APPROVED and shall be implemented.

(7)     The Clerk is DIRECTED to update the Service List, with assistance from the Water Master, in a manner consistent with R&R Attachment C.

(8)     The Clerk shall electronically file this Order, but need not provide conventional service (*i.e.*, copies via mail) of this Order.

ORDER - 2

(9)  The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 14th day of August, 2020.

> THOMAS S. ZILLY
> United States District Judge

ORDER - 3