1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

UNITED STATES, in its own right and
on behalf of the Lummi Indian Nation

Plaintiff,

9

LUMMI INDIAN NATION

10

Plaintiff-Intervenor,

11

v.

12

STATE OF WASHINGTON,
DEPARTMENT OF ECOLOGY, et al.

13

14

Defendant.

C01-47-TSZ

ORDER

15        THIS MATTER comes before the Court upon the billing statement of the Water

16   Master for the period ending July 31, 2020.  Having reviewed the billing statement, and

17   having received no objection thereto, the Court hereby ORDERS:

18        (1)    The Clerk shall disburse from the Registry account maintained for this case

19            a check in the amount of $600.00 payable to John E. Thorson, Water

20            Master, and addressed to 376 River Road West, Plains, MT 59859.

21        (2)    The Clerk is directed to electronically file this Order, but need not provide

22            conventional service, *i.e.*, copies via mail.

23

ORDER - 1

1      (3)     The Water Master shall post a copy of this Order on his website.

2      IT IS SO ORDERED.

3      Dated this 9th day of September, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 2