UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,<br><br>    Plaintiff,<br><br>LUMMI INDIAN NATION,<br><br>    Plaintiff-Intervenor,<br><br>  v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,<br><br>    Defendants. | C01-47 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Water Master's Annual Report for Fiscal Year 2022-2023 and Recommendations for updating the Service List ("R&R"), docket no. 1573. Having reviewed the R&R, to which no objection was filed, the Court ORDERS as follows:

  (1) The R&R, docket no. 1573, is ADOPTED and APPROVED.

  (2) The changes to the Service List set forth in Attachment B to the Water Master's Annual Report are APPROVED and shall be implemented.

ORDER - 1

(3) The Clerk is DIRECTED to update the Service List, with assistance from the Water Master, in a manner consistent with Attachment B.

(4) The Clerk shall electronically file, and need not provide conventional service of, this Order.

(5) The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 10th day of August, 2023.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2