# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES, in its own right and on behalf of the Lummi Indian Nation,<br><br>Plaintiff,<br><br>LUMMI INDIAN NATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, et al.,<br><br>Defendants. | C01-47 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Water Master's Annual Report for Fiscal Year 2023-2024 and Recommendations for updating the Service List ("R&R"), docket no. 1582. Having reviewed the R&R, to which no objection was filed, the Court ORDERS as follows:

(1) The R&R, docket no. 1582, is ADOPTED and APPROVED.

(2) The changes to the Service List set forth in Attachment B to the Water Master's Annual Report are APPROVED and shall be implemented.

ORDER - 1

(3)  The Clerk is DIRECTED to update the Service List, with assistance from the Water Master, in a manner consistent with Attachment B.

(4)  The Clerk shall electronically file, and need not provide conventional service of, this Order.

(5)  The Water Master shall post a copy of this Order on his website.

IT IS SO ORDERED.

Dated this 15th day of August, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2